UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAMES D. LUEDTKE AND ALL OTHERS
SIMILARLY AFFECTED,
        PLAINTIFFS,

-V-

Case No. 07 0782

UNITED STATES OF AMERICA,
UNITED STATES CONGRESS,
        DEFENDANTS.

FILED
APR 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF CLASS COUNSEL

Pursuant to 28 U.S.C. Federal Rules of Civil Procedure, rule 23(g) and district court rule 7, plaintiffs file this motion on the grounds stated.

1. The primary plaintiff, James D. Luedtke, can't act as counsel for the other plaintiffs beyond the initial filing.
2. Many of the plaintiffs can't file their own pleading do to the fact they are illiterate. Many if not most prisoners have little or no education, resources or understanding of complex legal principles. Lex succurrit ignoranti (the law assists the ignorant).
3. Attorney fees are available under 28 U.S.C. §2412.
4. Attorney for petitioners will fairly and adequately protect the interests of the class.
5. An attorney will have the legal acumen and resources to properly develop the lawsuit

Based on the facts herein, this motion should be granted and class counsel appointed to plaintiffs by the court.

Dated: 3-28-2007

Pro se petitioner,

James Luedtke